1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID NATHANIEL ROBERTS,                      No.  2:20-cv-01068-TLN-DMC

12                  Plaintiff,

13         v.                                        ORDER

14    JEFF LYNCH, et al.,

15                  Defendants.

16

17         Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C.

18    § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District

19    of California local rules.

20         On August 17, 2021, the Magistrate Judge filed findings and recommendations herein

21    which were served on the parties and which contained notice that the parties may file objections

22    within the time specified therein.  (ECF No. 22.)  No objections to the findings and

23    recommendations have been filed.

24         The Court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and the Magistrate Judge's analysis.

26    ///

27    ///

28    ///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The findings and recommendations filed August 17, 2021, (ECF No. 22), are

3    adopted in full;

4    2.    This action is dismissed for failure to state a claim; and

5    3.    The Clerk of the Court is directed to enter judgment and close this file.

6    Date:  October 7, 2021

7

8

9    _____
        Troy L. Nunley
10       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28